**Breakthrough Ventures, LLC**

Action by Unanimous Written Consent of Members

January 21, 2026

THE UNDERSIGNED, being all of the managers (the "Managers") and the Members (the "Members") of Breakthrough Ventures, LLC (the "Company"), after holding a special meeting and considering these matters in the premises, do hereby take the following actions and adopt the following resolutions:

**RESOLVED,** that in the judgment of the Managers and Members, it is desirable and in the best interest of the Company, its creditors, and other interested persons, that the Company file a voluntary petition under the provisions of Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland; and it is

**RESOLVED FURTHER,** that the Managers and Members be, and hereby are authorized and directed to execute and file all petitions, schedules, lists and other papers in, and to take any and all actions which they may deem necessary and proper in connection with such chapter 11 proceedings, and in that connection, are authorized to retain and employ legal counsel and other professionals necessary to assist the Company in connection with such chapter 11 proceedings or otherwise which they may deem necessary and proper with a view to the successful completion thereof; and it is

**RESOLVED FURTHER,** that the Company be, and hereby is, authorized and directed to retain the law firm of Offit Kurman, P.A. as bankruptcy counsel to render legal services to and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith; and it is

**RESOLVED FURTHER**, that from and after the date hereof all action heretofore taken by any of the Managers and Members of the Company, in furtherance of the foregoing is hereby ratified, adopted, approved and confirmed.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned, being all of the Managers and Members of the Company, have executed this consent as of the date first written above.

        By:    /s/Melvin Sillah_____
              Melvin Sillah, Managing Member

        By:    /s/Mary Sillah_____
              Mary Sillah, Member